UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL LABOR RELATIONS
BOARD,

    Petitioner,

v.                                                           Case No: 8:21-mc-86-CEH-MRM

SEBSEN ELECTRIC, LLC and
SEBSEN ELECTRICAL
CONTRACTORS, LLC,

    Respondents.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mac R. McCoy on December 21, 2022 (Doc. 17). In the Report and Recommendation, Magistrate Judge McCoy recommends that: (1) Petitioner's Unopposed Motion to Quash Post-Judgment Writ of Garnishment and Close Case (Doc. 16) be granted; (2) The Writ of Garnishment (Doc. 7) be quashed; and (3) The Clerk of Court be directed to dismiss this action, terminate any pending motion, and close the file. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Petitioner's Unopposed Motion to Quash Post-Judgment Writ of Garnishment and Close Case (Doc. 16) is **GRANTED**.

(3) The Writ of Garnishment (Doc. 7) is quashed.

(4) This matter is dismissed.

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on January 10, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mac R. McCoy
Counsel of Record